IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERESA RENEE ROBINSON,

    Petitioner,

vs.          CASE NO. 1:04cv134-SPM/AK

BUREAU OF PRISONS,

    Respondent.

_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated November 10, 2004 (doc. 4). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2.    This case is transferred to the United States District Court for the

Middle District of Florida for all further proceedings.

DONE AND ORDERED this 27th day of April, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.  1:04cv134-SPM/AK